HAZEL HEITZMAN v. CHARLES L. CASANAVE.— Motion to dismiss appeal granted, without costs. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

In the Matter of IRVING FEIG et al., against JOSEPH D. MCGOLDRICK, as State Rent Administrator, et al.— Motion to dismiss appeal granted, with $10 costs. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

THEKA LAPIDES, as Administratrix of the Estate of LOUIS LAPIDES, Deceased, v. SIXTEEN TWENTY-NINE GROCERY & DAIRY, INC., et al.— Motion to dismiss appeal granted, with $10 costs. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

## (October 19, 1954.)

THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE JOHNSON.— Motion to dismiss appeal granted. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS MARINACCIO.— Motion to dismiss appeal granted. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARIO PUMA.— Motion to dismiss appeal granted. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDITH SCHELBERG.— Motion to dismiss appeal granted. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ. [204 Misc. 733.]

THE PEOPLE OF THE STATE OF NEW YORK v. PETER A. SILEO.— Motion to dismiss appeal granted. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

In the Matter of GENEVIEVE R. DOOLING against NATHANIEL L. GOLDSTEIN, as Attorney-General of the State of New York, et al.— Motion to dismiss appeal granted, with $10 costs. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

ORVILLE C. SANBORN v. NATHANIEL L. GOLDSTEIN, as Attorney-General of the State of New York.— Motion to dismiss appeal granted, with $10 costs. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.